Exhibit 1

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-812**
**Effective Date of Registration:**
September 28, 2023
**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** When Nothing Else Matters

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 07, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Virgil C. Stephens
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Virgil C. Stephens
121 Buckboard Trail, Nogal, NM, 88341, United States

## Rights and Permissions

**Name:** Virgil C. Stephens
**Email:** notevena@gmail.com
**Address:** 121 Buckboard Trail
Nogal, NM 88341 United States

## Certification

**Name:** David Denholm
**Date:** September 28, 2023
**Applicant's Tracking Number:** VS2023092808


Virgil C. Stephens ©
"When Nothing Else Matters"
Virgil C. Stephens

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-695**

**Effective Date of Registration:**
September 28, 2023

**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** Just Like Gene & Roy

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 22, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Virgil C. Stephens
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Virgil C. Stephens
121 Buckboard Trail, Nogal, NM, 88341, United States

## Rights and Permissions

**Name:** Virgil C. Stephens
**Email:** notevena@gmail.com
**Address:** 121 Buckboard Trail
Nogal, NM 88341 United States

## Certification

**Name:** David Denholm
**Date:** September 28, 2023
**Applicant's Tracking Number:** VS2023092805


Virgil Stephens ©
"Just Like Gene + Roy"

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-632**

**Effective Date of Registration:**
September 28, 2023
**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** All That Glitters

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 24, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Virgil C. Stephens
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Virgil C. Stephens
121 Buckboard Trail, Nogal, NM, 88341, United States

## Rights and Permissions

**Name:** Virgil C. Stephens
**Email:** notevena@gmail.com
**Address:** 121 Buckboard Trail
Nogal, NM 88341 United States

## Certification

**Name:** David Denholm
**Date:** September 28, 2023
**Applicant's Tracking Number:** VS2023092801


"ALL THAT
Glitters

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-637**

**Effective Date of Registration:**
September 28, 2023
**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** Boogie Down

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 18, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Virgil C. Stephens
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Virgil C. Stephens
121 Buckboard Trail, Nogal, NM, 88341, United States

## Rights and Permissions

**Name:** Virgil C. Stephens
**Email:** notevena@gmail.com
**Address:** 121 Buckboard Trail
Nogal, NM 88341 United States

## Certification

**Name:** David Denholm
**Date:** September 28, 2023
**Applicant's Tracking Number:** VS2023092802


Virgil O. Stephens
©

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-627**

**Effective Date of Registration:**
September 28, 2023
**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** Cowboyed Up

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 25, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Virgil C. Stephens
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Virgil C. Stephens
121 Buckboard Trail, Nogal, NM, 88341, United States

## Rights and Permissions

**Name:** Virgil C. Stephens
**Email:** notevena@gmail.com
**Address:** 121 Buckboard Trail
Nogal, NM 88341 United States

## Certification

**Name:** David Denholm
**Date:** September 28, 2023
**Applicant's Tracking Number:** VS2023092803


Virgil C. Stephens ©
"Cowboyed Up"
Virgil C. Stephens

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-373-449**

**Effective Date of Registration:**
September 28, 2023

**Registration Decision Date:**
December 04, 2023

## Title

**Title of Work:** In The Beginning

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 22, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Virgil C. Stephens
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Virgil C. Stephens
121 Buckboard Trail, Nogal, NM, 88341, United States

## Rights and Permissions

**Name:** Virgil C. Stephens
**Email:** notevena@gmail.com
**Address:** 121 Buckboard Trail
Nogal, NM 88341 United States

## Certification

**Name:** David Denholm
**Date:** September 28, 2023
**Applicant's Tracking Number:** VS2023092804


Virgil C. Stephens ©
©Virgil C. Stephens

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-809**

**Effective Date of Registration:**
September 28, 2023
**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** The Champion

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 27, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Virgil C. Stephens
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Virgil C. Stephens
121 Buckboard Trail, Nogal, NM, 88341, United States

## Rights and Permissions

**Name:** Virgil C. Stephens
**Email:** notevena@gmail.com
**Address:** 121 Buckboard Trail
Nogal, NM 88341 United States

## Certification

**Name:** David Denholm
**Date:** September 28, 2023
**Applicant's Tracking Number:** VS2023092807


COUNTY
RODEO
1
" THE CHAMPION "
VIRGIL C. STEPHENS

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-949**

**Effective Date of Registration:**
September 28, 2023

**Registration Decision Date:**
December 06, 2023

## Title

**Title of Work:** Women Drivers

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 29, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Virgil C. Stephens
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Virgil C. Stephens
121 Buckboard Trail, Nogal, NM, 88341, United States

## Rights and Permissions

**Name:** Virgil C. Stephens
**Email:** notevena@gmail.com
**Address:** 121 Buckboard Trail
Nogal, NM 88341 United States

## Certification

**Name:** David Denholm
**Date:** September 28, 2023
**Applicant's Tracking Number:** VS2023092809


Virgil C. Stephens ©
"Women Drivers"
Virgil C. Stephens

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-373-709**

**Effective Date of Registration:**
September 28, 2023

**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** Lets Ride

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 21, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Virgil C. Stephens
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Virgil C. Stephens
121 Buckboard Trail, Nogal, NM, 88341, United States

## Rights and Permissions

**Name:** Virgil C. Stephens
**Email:** notevena@gmail.com
**Address:** 121 Buckboard Trail
Nogal, NM 88341 United States

## Certification

**Name:** David Denholm
**Date:** September 28, 2023
**Applicant's Tracking Number:** VS2023092806


Virgil C. Stephens ©
"Let's Ride!"
Virgil C. Stephens ©